OPINION — AG — UNDER THE ABOVE FACTS (COUNTY COMMISSIONER, FILL THE UNEXPIRED TERM OF HER HUSBAND DECEASED, REFUSE TO SURRENDER THE OFFICE) THE SALARY FOR COUNTY COMMISSIONER OF DISTRICT NO. 3 OF DELAWARE COUNTY FOR THE PERIOD SINCE JANUARY 6, 1955 SHOULD BE PAID TO MR. ED C. FERGUSON, THE DE JURE OFFICER. CITE: 19 O.S.H. 131, 51 O.S.H. 3.1, ARTICLE XXIII, SECTION 10 (RICHARD HUFF)